UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW MACHLEID, | CASE NO. 2:26-cv-00017-LK |
| Plaintiff, | ORDER DISMISSING CASE |
| v. | |
| ALLSTATE INSURANCE COMPANY et al., | |
| Defendants. | |

This matter comes before the Court on the parties' Stipulated Motion to Dismiss with Prejudice and Without an Award of Fees and Costs. Dkt. No. 13. Pursuant to the stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court DISMISSES this case with prejudice and without attorney's fees or costs to any party.

Dated this 4th day of March, 2026.

Lauren King
United States District Judge

ORDER DISMISSING CASE - 1